UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNEST THOMAS,

    Plaintiff,

v.                                      CASE NO. 8:12-cv-00994-T-30TBM

UNITED OF OMAHA LIFE
INSURANCE COMPANY,
A Foreign Corporation,

    Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ernest Thomas, and Defendant, United of Omaha Life Insurance Company, stipulate and agree that this action is dismissed with prejudice, including all claims that were or could have been raised in this action. Each party shall bear its own costs and attorney's fees. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

| | |
|---|---|
| COFFMAN LAW<br>Attorney for Plaintiff<br>15436 N. Florida Ave., Ste. 103<br>Tampa, FL 33613<br>(813) 935-7030<br>(813) 935-7277 fax | PETT FURMAN, PL<br>Attorneys for Defendant<br>2101 N.W. Corporate Blvd., Ste. 316<br>Boca Raton, FL 33431<br>(561) 994-4311<br>(561) 982-8985 fax |
| By:   s/William S. Coffman Jr.<br>       William S. Coffman Jr., Esq.<br>       Fla. Bar No. 188158<br>       erisa@benefitsdenied.com | By:   s/Wendy L. Furman<br>       Wendy L. Furman, Esq.<br>       Fla. Bar No. 0085146<br>       wfurman@pettfurman.com |
| Dated: August 15, 2011 | Dated: August 15, 2012 |

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **16** day of **AUGUST**, 20**12**.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE